```
                                          FILED

                                       12 JUN -6 PM 12:12

                                       CLERK US DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA

                                                            ᵖ  DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 11CR0457-BTM |
|---|---|
| Plaintiff, | ) |
| v. | ) JUDGMENT AND ORDER OF |
|  | ) DISMISSAL OF INFORMATION, |
| DAVID JOHN DALEY, | ) EXONERATE THE BOND, AND |
|  | ) PASSPORT BE RELEASED |
| Defendant. | ) BY PRETRIAL IF HELD |

Upon oral motion of the UNITED STATES OF AMERICA on January 31, 2012 and good cause appearing,

IT IS HEREBY ORDERED that the information in the above entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: 6-6-12 .



HONORABLE CATHY ANN BENCIVENGO
United States District Judge